# United States Bankruptcy Court
## District of Arizona

In re **SVEN I EBERSON, JR**
Debtor(s)

Case No. **2:19-bk-07703-DPC**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule C: Exemptions - to add additional statute for exemptions to State Farm insurance policies ending in 9536 and 0281**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Dina L. Anderson, Chapter 7 Trustee**
**c/o Guttilla Murphy Anderson**
**5415 N. High St., #200**
**Phoenix, AZ 85054**
**randerson@gamlaw.com**

Date: **August 27, 2019**

**/s/ CODY J. JESS #025066**
**Cody J. Jess 025066**
Attorney for Debtor(s)
**Moyes Sellers & Hendricks Ltd.**
**1850 N. Central Ave., #1100**
**Phoenix, AZ 85004-4541**
**602.604.2141 Fax:602.274.9135**
**jlarsen@law-msh.com**

# United States Bankruptcy Court
## District of Arizona

In re  **SVEN I EBERSON, JR**  
Debtor(s)

Case No. **2:19-bk-07703-DPC**  
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule C: Exemptions - to add additional statutory exemption to State Farm policies, consisting of **3** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 27, 2019**

Signature **/s/ SVEN I EBERSON, JR**  
**SVEN I EBERSON, JR**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | SVEN I EBERSON, JR |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 2:19-bk-07703-DPC |

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Phoenix - Brick Commons 3302 N. 7th St. #363 Phoenix, AZ 85014 Primary residence** Line from *Schedule A/B*: **1.1** | $210,000.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1101(A) |
| **2017 Toyota 4Runner Limited 15800 miles VIN #JTEBU5JRXH5442124 (vehicle titled as Owner 1: Tax Trends, LLC and Owner 2: debtor)** Line from *Schedule A/B*: **3.1** | $30,850.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(8) |
| **See attached personal property list** Line from *Schedule A/B*: **6.1** | $4,665.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| **Books and personal documents** Line from *Schedule A/B*: **6.2** | $178.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(5) |
| **ipad, Microsoft Surface Pro, Galxy S7 cell phone** Line from *Schedule A/B*: **7.1** | $500.00 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |

| Debtor 1 | SVEN I EBERSON, JR | | Case number (if known) | 2:19-bk-07703-DPC |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Mountain bike**<br>Line from *Schedule A/B*: **9.1** | $250.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **Drum set**<br>Line from *Schedule A/B*: **9.2** | $300.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(2) |
| **See attached list of sports and hobby equipment**<br>Line from *Schedule A/B*: **9.3** | $1,208.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| **Remington rifle**<br>Line from *Schedule A/B*: **10.1** | $550.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **Shotgun**<br>Line from *Schedule A/B*: **10.2** | $100.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **Assault rifle**<br>Line from *Schedule A/B*: **10.3** | $400.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **Colt .45**<br>Line from *Schedule A/B*: **10.4** | $200.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **Paint ball gun**<br>Line from *Schedule A/B*: **10.5** | $35.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **Fly gun**<br>Line from *Schedule A/B*: **10.6** | $20.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **Clothing and wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $465.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(1) |
| **Woman's engagement ring (Being held by Schian Walker, PLC for Chapter 7 Trustee)**<br>Line from *Schedule A/B*: **12.1** | $1,850.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(4) |
| **Garmin watch**<br>Line from *Schedule A/B*: **12.2** | $50.00 | ☐ <br>■ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(6) |

| Debtor 1 | SVEN I EBERSON, JR | | Case number (if known) | 2:19-bk-07703-DPC |
|---|---|---|---|---|
| **Brief description of the property and line on Schedule A/B that lists this property** | **Current value of the portion you own** Copy the value from Schedule A/B | **Amount of the exemption you claim** Check only one box for each exemption. | | **Specific laws that allow exemption** |
| **Man's wedding ring (Being held by Schian Walker, PLC for Chapter 7 Trustee)** Line from Schedule A/B: **12.3** | $100.00 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(4) |
| **Checking: Chase Bank - Account #XXXXX9453** Line from Schedule A/B: **17.1** | $79.56 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(A)(9) |
| **Savings: Chase Bank - Account #XXXXX5269** Line from Schedule A/B: **17.2** | $124.51 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(A)(9) |
| **Roth IRA brokerage: Vanguard Account #XXXX8543** Line from Schedule A/B: **21.1** | $7,441.37 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(B) |
| **Rollver Roth IRA brokerage: Vanguard Account #XXXX8753** Line from Schedule A/B: **21.2** | $4,655.33 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(B) |
| **401(k): Vanguard - Govig and Associates Plan ID 229608** Line from Schedule A/B: **21.3** | $227.50 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(B) |
| **SEP IRA: Vanguard - Plan ID 10261590 Fund 0030 Acct #88775749155** Line from Schedule A/B: **21.5** | $55,832.31 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(B) |
| **State Farm Insurance Universal life policy #XXXX-9536 Beneficiary: Sandy and Sven Eberson, Sr.** Line from Schedule A/B: **31.1** | $3,662.98 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 20-1131 * |
| **State Farm Insurance Co. Life insurance policy #XXXX-0281 Beneficiary: Sandy and Sven Eberson, Sr.** Line from Schedule A/B: **31.2** | $3,154.86 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 20-1131 * |
| **State Farm Insurance Co. RoP Life Plan - LF-3772-8230 Beneficiary: Denna Cook** Line from Schedule A/B: **31.3** | $39.57 | ☐ ■ | 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 20-1131 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   
   ■ No
   
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 3 of 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

\* In addition to A.R.S. § 20-1131, the Debtor also claims an exemption in these State Farm Insurance policies pursuant to A.R.S. § 33-1126(A)(6)

Case 2:19-bk-07703-DPC    Doc 40    Filed 08/27/19    Entered 08/27/19 15:50:40    Desc
Main Document     Page 5 of 5